%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

FILED

# UNITED STATES DISTRICT COURT
for the

Northern     District of Ohio

2008 MAR -4  PM 12: 25

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ronald G. Woods | ) Case No;  1:01CR472-002 |
| | ) USM No; 38375-060 |
| Date of Previous Judgment: April 4, 2002 | ) FPD NDO |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

IT IS ORDERED that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of _____97_____ months is reduced to _____78_____

**1. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 28 | Amended Offense Level: 26 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 97 to 121 months | Amended Guideline Range: 78 to 97 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range,

☐ Other (explain):

### III. ADDITIONAL COMMENTS

If this sentence exceeds the amount of time the defendant has already served, the sentence
is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated 4-4-2002 shall remain in effect.

IT IS SO ORDERED.

Order Date:  3-4-08

_____
Judge's signature

Solomon Oliver Jr.- U.S District Judge
Printed name and title

Effective Date: _____
(if different from order date)



3-11-2008

8-11-08

Solomon Oliver, Jr. U.S. District Judge